UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| URIE NORRIS,<br><br>  Plaintiff,<br><br>  v.<br><br>DONNY YOUNGBLOOD, ET. AL.,<br><br>  Defendants. | Case No. 1:21-cv-904-HBK<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR EXTENSION OF TIME AND COPIES<br><br>(Doc. Nos. 26) |

On March 20, 2023, Plaintiff filed a motion for extension of time and for copies. (Doc. No. 26). Plaintiff is under a court-ordered deadline to file a response to the Court's July 20, 2022 Order. (Doc. No. 20). Plaintiff was provided two previous extensions of time to respond to the Court July 20, 2022 Order. (*See* Doc. Nos. 23, 25). Plaintiff's response to the Court's July 20, 2022 Order was due no later than March 16, 2023. (Doc. No. 25). Thus, Plaintiff's motion for extension of time was filed past the deadline that Plaintiff's response was due. Plaintiff provides no reason why he needs a further extension of time or the requested documents. (*See generally* Doc. No. 20). Thus, the Court finds neither excusable neglect nor good cause to grant Plaintiff a further extension of time.

Plaintiff is advised that "proceeding *in forma pauperis* does not entitle a party to the waiver of anything other than court filing fees." *Martin v. McNut*, 2011 WL 4543039, at *1 (E.D. Cal. Sept. 28, 2011). Nor does plaintiff's *pro se* or prisoner status entitle him to receive

complimentary copies. *Blair v. CDCR*, 2018 WL 1959532, at *6 f. 2 (E.D. Cal. Apr. 25, 2018). Consistent with statute, the court will provide copies of documents and the docket sheet at $0.50 per page. *See* 28 U.S.C. § 1914. Checks in the exact amount are payable to "Clerk, USDC." Further, the docket reveals the Clerk previously re-served a courtesy copy of a document on Plaintiff on March 17, 2023. (*See* docket).

Accordingly, it is **ORDERED**:

1. Plaintiff's third motion for extension of time and for copies (Doc. No. 26) is DENIED.
2. Plaintiff must file a response to the Court's July 20, 2022 Order **no later than April 10, 2023** or the undersigned will recommend that the district court dismiss this case without prejudice for Plaintiff failure to prosecute and comply with a court order.

Dated:   March 29, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2