# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| URIE NORRIS, | Case No. 1:21-cv-00904-JLT-HBK (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL |
| v. | |
| DONNY YOUNGBLOOD, ET AL., | (Doc. 29) |
| Defendants. | |

This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. The magistrate judge screened the Complaint and found that it failed to state any valid claims. (Doc. 20.) The Court granted the plaintiff two extensions of time to respond to the screening order and denied a third request. (Docs. 23, 25, 27.) The plaintiff did not file a response by the April 10, 2023 deadline.

On April 17, 2023, the magistrate judge issued findings and recommendations, recommending this case be dismissed for failure to prosecute. (Doc. 29.) The Court provided the plaintiff 14 days to file objections. (*Id*. at 5.) Rather than doing so, on May 8, 2023, he filed a document entitled "Motion to Move Forward With Initial Cognizable Claim," which included a request for copies of "all previous documents" in this case. (Doc. 30.) The Motion purports to have been prepared by an attorney, Roger Lampkin, counsel has not appeared in this matter. (*See* docket.) Furthermore, contrary to the findings and recommendation, the motion takes the position

that Court found a cognizable claim in the original complaint; it did not. (*See* Doc. 20.)

According to 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Plaintiff's request for copies should be directed to the Clerk's Office. Plaintiff is advised that his pro se or prisoner status does not entitle him to receive complimentary copies. *Blair v. CDCR*, 2018 WL 1959532, at *6 n.2 (E.D. Cal. Apr. 25, 2018). Consistent with statute, the court will provide copies of documents and the docket sheet at $0.50 per page. *See* 28 U.S.C. § 1914. Checks in the exact amount are payable to "Clerk, USDC." Thus, the Court **ORDERS**:

1. The findings and recommendations, filed on April 17, 2023, (Doc. 29), are **ADOPTED IN FULL**.
2. The Clerk of Court shall terminate any pending motions, close this case, and enter judgment against the plaintiff.

IT IS SO ORDERED.

Dated: __May 12, 2023__

UNITED STATES DISTRICT JUDGE

2